JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASBET DAVOODMASIHI,<br>Plaintiff(s),<br>vs.<br>CITY OF LOS ANGELES ET AL.,<br>Defendant(s). | Case No. 2:22-cv-06848-RGK-KSx<br><br>**ORDER DISMISSING ACTION<br>FOR LACK OF PROSECUTION** |

On December 27, 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") [8], which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants or respond to the Order to Show Cause in writing on or before December 29, 2022. Plaintiff filed a response on December 27, 2022. No good cause having been shown, the Court orders the matter dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Dated: December 28, 2022

Hon. R. GARY KLAUSNER
U.S. DISTRICT JUDGE